01
02
03
04
05
06  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
07              AT SEATTLE

08  UNITED STATES OF AMERICA,    )
                                 ) CASE NO. MJ 10-503
09       Plaintiff,              )
                                 )
10       v.                      )
                                 ) DETENTION ORDER
11  MARK KRAUSE,                 )
                                 )
12       Defendant.              )
    _____ )
13

14 <u>Offense charged</u>:    Attempting to Kill, Injury, Intimidate, or Interfere with a Person

15 Attempting to Vote; Possession of an Unregistered Destructive Device

16 <u>Date of Detention Hearing</u>:   December 3, 2010

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       (1)   Defendant is charged in the Western District of Arkansas, Case No. 3:10M3017-

001, with placing an improvised explosive device at a polling place in Carroll County, Arkansas prior to a primary election. He does not contest detention, and an Order of Transfer has been signed.

  (2) Defendant was not interviewed by Pretrial Services. He poses a risk of nonappearance due to unknown background information and a risk of danger due to the nature of the instant offense.

  (3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

  (4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

01        Pretrial Services Officer.

02     DATED this 3rd day of December, 2010.

                                        *[signature]*
                                        Mary Alice Theiler
                                        United States Magistrate Judge